■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIE GEIGEL, Appellant. [691 NYS2d 771] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered December 19, 1996, convicting defendant, after a jury trial, of rape in the first degree, and sentencing him, as a second felony offender, to a term of 12½ to 25 years, unanimously affirmed.

The court's rulings pursuant to *Batson v Kentucky* (476 US 79) are supported by the record. We agree with the court's finding of a prima facie case of discrimination with respect to peremptory challenges by the defense, and, in any event, this issue became moot when the court directed that defense

counsel give race-neutral explanations for the challenges (*People v Payne*, 88 NY2d 172, 182). The record also supports the court's rejection, as pretextual, of counsel's explanation for the challenges at issue, a finding that is entitled to great deference (*see, People v Hernandez*, 75 NY2d 350, *affd* 500 US 352). Defendant's claims that the court improperly combined steps two and three of the *Batson* procedure and improperly acted *sua sponte* are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them.

The prosecutor properly cross-examined defendant's witness about her failure to come forward to the police and prosecutor with exculpatory evidence. We find that the prosecutor laid a proper foundation for such inquiry (*see, People v Dawson*, 50 NY2d 311). Concur—Sullivan, J. P., Mazzarelli, Lerner, Rubin and Saxe, JJ.